# United States District Court
# For The Western District of North Carolina
# Statesville Division

TINA BRYANT,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                          5:08-CV-55

UNITED STATES OF AMERICA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/9/08 Order.

                                                Signed: July 9, 2008

                                                Frank G. Johns, Clerk
                                                United States District Court